**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1973

HAO XIANG LIU,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A79-319-009)

Submitted:  April 24, 2006                     Decided:  May 16, 2006

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Howard T. Mei, LAW OFFICES OF HOWARD T. MEI, Bethesda, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Diane Kelleher, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hao Xiang Liu, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (Board) summarily dismissing his appeal.  We have reviewed the record and the Board's order and deny the petition for review for the reasons stated by the Board.  See In Re: Liu, No. A79-319-009 (B.I.A. Aug. 8, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED